## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

John J. Miller,                                        Civil No. 13-cv-2586 (ADM/TNL)

        Petitioner,

v.

                                           **ORDER**

United States of America,

        Respondent.

---

John J. Miller, #09396-089, Federal Medical Center- Rochester, Post Office Box 4000, Rochester, MN 55903 (Petitioner, pro-se ); and

Gregory G. Brooker, Pamela Marentette, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated April 9, 2014 (Docket No.19), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Respondent's Motion to dismiss (Docket No. 15) is **GRANTED;**

2. Petitioner's pending motions (Docket Nos. 2 and 6) are **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


                                      s/Ann D. Montgomery

Date:  May 16th, 2014
                                   The Honorable Ann D. Montgomery
                                   United States District Court Judge
                                   for the District of Minnesota